IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**MARCUS T. MOORE,**

    **Defendant.**                                 Case No. 07-CR-40017-DRH

## ORDER

**HERNDON, District Judge:**

This Order modifies the Court's April 2, 2007 Order (Doc. 14), granting Defendant's Motion to Continue Trial Date (Doc. 13). The substance of the Order still remains in effect, however, in order to correct certain inaccurate factual references, the Court hereby **MODIFIES** the first paragraph of the text of the Order (Doc. 14) to read as follows:

> This matter is before the Court on Defendant's Motion to Continue Trial Date (Doc. 13). A jury trial for Defendant is currently set for April 9, 2007. Defendant seeks a continuance in order to view evidentiary items. Defendant's counsel has coordinated with law enforcement officials so that Defendant may view these items next week. Counsel for Defendant also states that the Government does not object to a continuance.

**IT IS SO ORDERED.**

Signed this 5th day of April, 2007.

                                                 /s/      David   RHerndon
                                             **United States District Judge**