IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**MARCUS MOORE,**

**Defendant.**                                                                 **No. 07-c-40017-DRH**

### ORDER

**HERNDON, District Judge:**

Now before the Court is the Government's motion to continue trial date (Doc. 17). Specifically, the Government moves for a continuance of the May 21, 2007 trial because its attorney will be out of town on a pre-scheduled vacation. Said motion is **GRANTED**. The Court **CONTINUES** this matter from May 21, 2007 to June 4, 2007.

**IT IS SO ORDERED.**

Signed this 1st day of May, 2007.

/s/       David   RHerndon
**United States District Judge**